AO 442 (Rev.02/2005-EDVA) Warrant for Arrest

# United States District Court
## EASTERN DISTRICT OF VIRGINIA

WARRANT FOR ARREST

UNITED STATES OF AMERICA

v.

Louis Henry Martin

**07-009-M-01**

CASE NUMBER: 1:97cr389

**FILED**
JAN 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Louis Henry Martin** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__ Indictment __ Information __ Complaint __ Order of Court __ Violation Notice __ Probation Violation Petition
x_ Supervised Release Petition

charging him or her with (brief description of offense):

Violation of Supervised Release - See Attached Petition

In Violation of Title **18** United States Code, Section(s) **3583**

Katby Bartell
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

11/21/06
401 Courthouse Square Alexandria, VA 22314
Date and Location

Bail fixed at $_____ by _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
|  | DUSM Jason W. Jones | [signature] |
| Date of Arrest 1/12/07 |  |  |

# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF VIRGINIA

FILED
JAN 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. Louis Henry Martin          Docket No. 1:97CR00389-001

Petition on Supervised Release
07-009-M-01

FILED
NOV 20 2006
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

COMES NOW, Jeffrey M. Smihal, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Louis Henry Martin, who was placed on supervision by the Honorable Albert V. Bryan, Jr., sitting in the Court at Alexandria, Virginia, on the 12th day of December, 1997, who fixed the period of supervision at 3 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.

2. Pay a $100 special assessment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
See Attachment(s)

PRAYING THAT THE COURT WILL ORDER a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Bond Recommendation: no bond

ORDER OF COURT

Considered and ordered this 20th day of Nov., 2006 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/15/06

_____
Jeffrey M. Smihal
U.S. Probation Officer

Place Fredericksburg, Virginia

TO CLERK'S OFFICE

Petition on Supervised Release
Page 2
RE: MARTIN, Louis Henry

OFFENSE: Armed Bank Robbery, Assault and Put in Jeopardy Lives of Others by Use of Dangerous Weapon, in violation of Title 18, U.S.C., Section 2113(a) and (d).

SENTENCE: 48 months incarceration and three years supervised release with the following special conditions: 1) drug testing and treatment; and 2) $100 special assessment.

ADJUSTMENT TO SUPERVISION: Mr. Martin was released from the Bureau of Prisons on June 19, 2006. As Mr. Martin is a resident of Washington, D.C., he is being supervised by U.S. Probation Officer Buffeyanne E. Esquivel for the District of Columbia.

VIOLATIONS: On November 13, 2006, Officer Esquival notified this officer of the following violations:

MANDATORY CONDITION: COMMISSION OF A CRIME - CARRY A PISTOL WITHOUT A LICENSE (OUTSIDE A HOME OR BUSINESS); AND UNLAWFUL POSSESSION OF A FIREARM.

On October 19, 2006, Mr. Martin was arrested and charged with the above-mentioned offenses by Metropolitan Police Department (MPD) officers. Mr. Martin appeared in D.C. Superior Court on October 20, 2006, and was detained without bond. On October 23, 2006, Mr. Martin again appeared in D.C. Superior Court. Probable Cause was found and he was detained without bond pending Grand Jury action.

According to a police report, a witness observed a motor vehicle accident involving one vehicle, at an intersection in the District. Immediately after the accident, witnesses reported seeing Mr. Martin exit the vehicle on the driver side and rummaged through the vehicle. He was then observed walking behind a seating area at the Nasif Building (Department of Transportation). Medical personnel offered the offender medical attention, which he refused. Mr. Martin then moved to another seat in the seating area, where a witness reported seeing the offender toss a handgun into the bushes. The witness advised MPD Officer Gant, who confirmed the gun's location and placed Mr. Martin under arrest. During a search of the offender, a napkin was found in his pocket containing seven white pills labeled "methadose" and two unknown pills. The pills were identified as being methadone. According to the report, the gun was later test fired and found operable.

Petition on Supervised Release
Page 3
RE: MARTIN, Louis Henry

CONDITION 7:                    SUBMISSION OF TAMPERED SPECIMEN

On June 21, 2006, Mr. Martin submitted a specimen which tested not consistent with normal human urine. Mr. Martin denies tampering with the specimen. On August 14, 2006, this officer advised the Court of this violation and requested no action as Mr. Martin was referred to substance abuse treatment. On August 18, 2006, the Honorable Claude M. Hilton approved our request.

JMS/bjr
cc: SUSPO

199619



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

CTF (FM)

UNITED STATES
DISTRICT OF COLUMBIA

199619

Case No: 2006 CF2 023336

PDID:

vs.

DCDC#:

LOUIS H MARTIN

## RELEASE ORDER

TO: Superintendent, D.C. Jail

Disposition having been entered on this date 1/10/2007 in the above-entitled case,

It is HEREBY ORDERED that the defendant be released from custody in this case. ONLY

_____
Warren VanHook, DEPUTY CLERK

_____
RUSSELL F CANAN

Date: January 10, 2007

JUDGE / ~~MAGISTRATE JUDGE~~

# RELEASE

Cdro.doc